USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

ELIHU ROMERO MORALES, REYNALDO ARIZA BARRIOS, FERNANDO ARELLANO RAMIREZ, LUIS FLORES PEREZ, FERNANDO OLEA PRADO, ANASTACIO RAMIREZ, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-against-

CONSTRUCTION DIRECTIONS LLC, NY DEVELOPERS & MANAGEMENT LLC, NY DEVELOPERS & MANAGERS INC., ELLIOTT PORCO., YOEL GRUBER, ALEX LIZARDO,

Defendants.

----------------------------------------------------------------- X

1:19-cv-10140-GHW

ORDER

GREGORY H. WOODS, District Judge:

The Court may transfer a case "[f]or the convenience of the parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). The Court may also transfer a case based on the consent of the parties. 28 U.S.C. § 1404(b). Plaintiffs, the only party to appear in this case, have consented to transfer to the Eastern District of New York. Dkt. No. 7. Accordingly, the Court orders that this case be transferred to the Eastern District of New York.

Plaintiffs are directed to serve a copy of this order on all Defendants in this action and to retain proof of service. The Clerk of Court is directed to transfer this case to the Eastern District of New York without delay.

SO ORDERED.

Dated: November 14, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge