UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
ELIHU ROMERO MORALES, REYNALDO ARIZA BARRIOS, FERNANDO ARELLANO RAMIREZ, LUIS FLORES PEREZ, FERNANDO OLEA PRADO, and ANASTACIO RAMIREZ, individually and on behalf of all others similarly,

                        Plaintiffs,

    -against-

CONSTRUCTION DIRECTIONS LLC, NY DEVELOPERS & MANAGEMENT LLC, and NY DEVELOPERS & MANAGERS INC., and ELLIOTT PORCO, ALEX LIZARDO and YOEL GRUBER, as individuals,

                        Defendants.
---------------------------------------------------------------------------X

Civil Docket No. 19-cv-6493

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ONLY AS TO <u>ALEX LIZARDO</u>**

      **IT IS HEREBY NOTICED**, that this action (all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, *without prejudice*, and without costs or attorneys' fees to either party as against the other, only as against Defendant, **<u>ALEX LIZARDO, as an individual</u>**, in accord with Rule 41 of the Federal Rules of Civil Procedure.

      **IT IS FURTHER NOTICED**, that this notice does not affect in any way the Plaintiffs' claims and causes of action herein pertaining to any of the other Defendants in this Action.

Dated: Kew Gardens, NY
       October 21, 2021

Application Granted
SO ORDERED
Brooklyn, New York
Dated:   10/22/2021

    /s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

                      /s/
Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for the Plaintiffs*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
Tel.: (718) 263-9591